Commonwealth *v.* Krall, Appellant.

Argued March 21, 1972. *Joseph C. Mesics,* Public Defender, for appellant; *Davis J. Brightbill,* Assistant District Attorney, with him *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Labowitz, Appellant.

Argued March 24, 1972. *Henry L. Menin,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Lynch, Appellant.

Argued March 24, 1972. *Richard W. Webb,* with him *Webb and Webb,* for appellant; *Murray Mackson,* First Assistant District Attorney, with him *John Deutsch,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.